UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

COOPER, KEVIN DOUGLAS
COOPER, AMY NASLUND

Debtor(s)

Case No. 06-30517-DOT

Chapter 7

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| N.E. Water Heater Co. Inc.<br>P.O. Box 620625<br>Newton Lower Falls, MA 02462-0625 | $2.19 |
| Essex Gas Company<br>Elisa M. Pugliese, Esq.<br>175 Old Country Road<br>Hicksville, NY 11801 | $1.69 |

Dated: May 26, 2010

/s/ Bruce E. Robinson
BRUCE E. ROBINSON, Trustee
P. O. BOX 538
SOUTH HILL, VA   23970-0538
(434) 447-7922

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street - Suite 4304, Richmond, VA 23219-1885 on May 27, 2010.

/s/ Bruce E. Robinson
Bruce E. Robinson